**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br>v.<br><br>SLAYBACK PHARMA LLC, et al.,<br><br>Defendants. | C.A. No.: 21-1256-CFC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Eagle Pharmaceuticals, Inc. ("Plaintiff") appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on October 25, 2022 (D.I. 118), and from all subsidiary or underlying adverse opinions, rulings, decisions, and orders in this case, including, but not limited to, the findings of fact, conclusions of law, and rulings made by the Court at the September 29, 2022 trial, and the Court's Opinion issued October 25, 2022 (D.I. 117).

Respectfully submitted this 26th day of October, 2022.

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com

Daniel G. Brown
Rebecca L. Neubauer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 654-7136

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

David F. Kowalski
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

*Attorneys for Plaintiff Eagle Pharmaceuticals, Inc.*

Dated: October 26, 2022